IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JEFF STRINGER,** § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | CIVIL ACTION NO. 4:15-CV-2453 |
| **TRICAN WELL SERVICE, L.P.,** § | |
| § | |
| Defendant. § | |

### DEFENDANT TRICAN WELL SERVICE, LP'S
### <u>CERTIFICATE OF INTERESTED PERSONS</u>

Defendant Trican Well Service, LP hereby submits its Certificate of Interested Persons as follows:

Jeff Stringer – Plaintiff

Galvin B. Kennedy – Plaintiff's Counsel
Udyogi Hangawatte
Kennedy Hodges LLP

Trican Well Service, LP. – Defendant

John B. Brown – Defendant's Counsel
Bryant S. McFall
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Respectfully submitted,

*/s/ John B. Brown*
John B. Brown
Attorney-In-Charge
Texas State Bar No. 00793412
Federal I.D. No. 348718
john.brown@ogletreedeakins.com
Bryant S. McFall
Texas State Bar No. 00784556
Federal I.D. No. 18007
bryant.mcfall@ogletreedeakins.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Preston Commons, Suite 500
8117 Preston Road
Dallas, Texas  75225
Telephone: 214-987-3800
Facsimile:  214-987-3926

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on November 9, 2015, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following counsel for Plaintiff, ECF registrants:

Galvin B. Kennedy
Udyogi Hangawatte
KENNEDY HODGES, L.L.P.
711 W. Alabama Street
Houston, Texas 77006

*/s/ John B. Brown*
John B. Brown

22934294.1